RICHARD H. ROBERTS, Appellant, v. DONALD S. SEELEY and Others, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, and motion to dismiss complaint denied, with ten dollars costs, with leave to the defendant Buffalo Rouyn Mines, Ltd., to answer within ten days upon payment of the costs of the motion and of this appeal. (See *Pomeroy* v. *Hocking Valley Ry. Co.*, 218 N. Y. 530; *Stark* v. *Howe Sound Co.*, 141 Misc. 148; affd., 234 App. Div. 904.) All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK NUDO, Appellant.— Judgment of conviction and order reversed on the law and facts and a new trial granted, on the ground that the finding of the jury in relation to receiving and knowledge was not sustained by the evidence beyond a reasonable doubt, either as a matter of law or of fact. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Claim of INTERNATIONAL RAILWAY COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

EDITH MARIE CARTER, an Infant, etc., Appellant, v. EDITH M. CARTER, Respondent.— Judgment affirmed, with costs. (See Dom. Rel. Law, § 81; ▮ *Sorrentino* v. *Sorrentino*, 248 N. Y. 626.) All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES DOXEY, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GERTRUDE RAYNER, as Administratrix, etc., of EDWARD A. RAYNER, Deceased, Respondent, v. WILLIAM EASTON, Appellant.— Judgment and order affirmed, with costs. Both at the end of plaintiff's case and when all the evidence was in plaintiff moved for a nonsuit. In each instance the learned trial court reserved decision over defendant's objections and exceptions. No ruling was made upon these motions until after a general verdict had been rendered, when an order was entered denying them. The jury was not asked to render a special verdict pursuant to section 459 of the Civil Practice Act. While we do not find that defendant has been sufficiently aggrieved to warrant the granting of a new trial, we disapprove the trial practice mentioned as being unauthorized. (*Russell* v. *Rhinehart*, 137 App. Div. 843, 847.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Probate of the Last Will and Testament of PHILIP G. FOLTS, Deceased.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The brief filed by counsel for the respondent on this appeal is struck from the records of this court as scandalous, unjustified by the papers on appeal, and wholly unfit for submission. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.